# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

147372

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

NORMANDY APARTMENTS
CONDOMINIUM ASSOCIATION, INC.,
      Plaintiff-Appellant,

v

BANK OF AMERICA, N.A., Successor by
Merger to BAC HOME LOANS SERVICING,
L.P., f/k/a COUNTRYWIDE HOME LOANS
SERVICING, L.P.,
      Defendant-Appellee,
and

SANDRA PARKER,
      Defendant.

SC: 147372
COA: 311735
Wayne CC: 12-000178-CH

_____/

      On order of the Court, the application for leave to appeal the May 28, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

t1021